NUMBER 13-00-471-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


________________________________________________________________


CAMERON WORKS, INC.
, Appellant,


v.



ROSA ZUNIGA
, Appellee.

________________________________________________________________


On appeal from the County Court at Law No. 2 


of Cameron County, Texas.


________________________________________________________________


O P I N I O N


 

Before Chief Justice Valdez and Justices Dorsey and Rodriguez


Opinion Per Curiam


 Appellant, CAMERON WORKS, INC., perfected an appeal from a
judgment entered by the County Court at Law No. 2 of Cameron
County, Texas, in cause number 2000-CCL-53-B. After the record and
briefs were filed and after the cause was submitted to the Court, the
parties filed a joint motion to dismiss the appeal. In the motion, the
parties state that they have compromised and settled all claims and
causes of action at issue between them relating to or arising from the
events giving rise to the underlying cause and to this appeal. The
parties request that this Court dismiss the appeal.

 The Court, having considered the documents on file and the joint
motion to dismiss the appeal, is of the opinion that the motion should
be granted. The joint motion to dismiss is granted, and the appeal is
hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 24th day of May, 2001.